# Exhibit C

**From:** FOIA Status FOIAStatus@state.gov
**Subject:** RE: FOIA CCN: F-2017-12665
**Date:** July 25, 2017 at 5:37 PM
**To:** Shayan Modarres smodarres@niacouncil.org



Dear Shayan Modarres,

This is in response to your email below regarding the status of Freedom of Information Act request number F-2017-12665. The Office of Information Programs and Services' electronic records system indicates that your request is in queue for processing and has an estimated completion date (ECD) of June 2018. Please note that ECDs are subject to change and are "strictly" estimates and not intended to be used as "actual" dates of completion, due to various extenuating factors, which may or may not include coordination with other agencies during the process (referrals, concurrences, etc.).

We apologize for the delayed response.

If you have any questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at 202-261-8484 or send an e-mail to foiastatus@state.gov.

Regards,

U.S. Department of State
FOIA Requester Service Center


**Official - Transitory**
**UNCLASSIFIED**

**From:** Shayan Modarres [mailto:smodarres@niacouncil.org]
**Sent:** Monday, July 24, 2017 9:27 PM
**To:** FOIA Status
**Subject:** Re: FOIA CCN: F-2017-12665

Hello,

It has been about two weeks since the below email and I have not received a reply from the Branch Chief. I understand that you all are very busy, but if you would be so kind as to provide me with a some sort of time frame of when we can expect a response to our FOIA request I would very much appreciate it. Thank you again for your time and prompt attention to this matter.

Sincerely,

Shayan Modarres, Esq.
**NIAC** | Legal Counsel

1629 K St NW, Suite 503 | Washington, DC 20005

Phone: 202.386.6325 | Direct: 202.379.1638
Twitter: @shayanmodarres
Donate to the NIAC Legal Fund:
http://niacouncil.org/donate-legal-aid

On Jul 11, 2017, at 12:10 PM, FOIA Status <FOIAStatus@state.gov> wrote:

Dear Shayan Modarres,

Your email has been forwarded to the Branch Chief working on the case. Our office has requested an update on the status of your request and also a confirmation on the estimated completion date. Information will be provided to you as it becomes available.

I hope this information is helpful. If you have further concerns or have any questions regarding any FOIA-related matter, please contact the FOIA Requester Service Center (FRSC) at (202) 261-8484, or fax us at (202) 261-8582 or send an email to foiastatus@state.gov.

U.S. Department of State
FOIA Requester Service Center
(202) 261-8484
foiastatus@state.gov

**Official - Transitory**
**UNCLASSIFIED**

---

**From:** Shayan Modarres [mailto:smodarres@niacouncil.org]
**Sent:** Wednesday, July 05, 2017 12:44 PM
**To:** FOIA Status
**Subject:** FOIA CCN: F-2017-12665

Good Morning,

I am writing to follow up with regard to a FOIA Request we submitted on June 8, 2017 CCN # F-2017-12665. We received a response approving the request to expedite and for fee waivers on June 14, 2017. I would just like to know the status of the request and additionally whether there is some online portal where I could periodically check the status online. Thanks for your time.

Shayan Modarres, Esq.
**NIAC** | Legal Counsel

1411 K St NW, Suite 250 | Washington, DC 20005
Phone: 202.386.6325 | Direct: 202.379.1638
Twitter: @shayanmodarres

www.niacouncil.org